UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DAVID FROHWERK,

        Petitioner,        Case No. 1:23-cv-3

v.        Honorable Phillip J. Green

L. PAUL BAILEY,

        Respondent.
_____/

## ORDER

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's motion for leave to proceed *in forma pauperis* in this Court is **GRANTED**.

**IT IS FURTHER ORDERED** that Petitioner's motion to dismiss (ECF No. 4) and his motion to strike (ECF No. 6) are **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

Dated: February 10, 2023        /s/ Phillip J. Green
                                                    PHILLIP J. GREEN
                                                    United States Magistrate Judge