UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DAVID FROHWERK,

          Petitioner,          Case No. 1:23-cv-3

v.                                    Honorable Phillip J. Green

L. PAUL BAILEY,

          Respondent.
_____/

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for failure to exhaust available state court remedies.


Dated:  February 10, 2023          /s/ Phillip J. Green
                                              PHILLIP J. GREEN
                                              United States Magistrate Judge